07/21/2005

| PLAINTIFFS | DEFENDENT |
|---|---|
| MYFTAR MYRTAJ | WAYNE MORY |
| 100 GOVERNOR'S DRIVE # 17 | CULLINAN ENGINEERING |
| WINTRHROP, MA 02152 | (BOSTON OFFICE) |
| | 400 COMMONWEALTH AV |
| FETA LILAJ | BOSTON, MA 02215 |
| 36 PLEASANT PARK ROAD | |
| WINTHROP, MA 02152 | |

# 05 - 11546 RCL

RECEIPT # 65745
AMOUNT $ 250
SUMMONS ISSUED
LOCAL RULE 4.1
WAIVER FORM
MCF ISSUED
BY DPTY. CLK.
DATE 7/21/05

## CHARGE DESCRIPTION

MAGISTRATE JUDGE Collings

We are two Albanian surveyors that migrated in the U.S.A. on 1996 and 1997. For the last 5 years we have been employed by Cullinan Engineering as surveyors (Feta as chief of crew and Myftar as instrument operator.)
This profession was in full accordance with our backgrounds and educations.
  - Myftar has a bachelor degree in math and 15 years as a math teacher and 6 years as a high school principal.
  - Feta has a bachelor degree in surveying and 23 years experience as a surveyor. During the time that we have been employed by Cullinan, we performed our job in a satisfactory or higher manner and also working whenever our company needed us in any kind of task. We worked with responsibility and never made any errors on the job.
    On the other side Cullinan Engineering appreciated our hard work and effort and treated us as one of the best crews in the Boston Office. (Both plaintiffs usually worked together.)
We never heard any complaints on the behalf of our job from the clients and any bad evaluation from the management. They always congratulated us. Our yearly evaluations prove that our performance was above satisfactory.
    Everything had been changed on January 2004 when Cullinan Engineering replaced the Boston Office Manager with Mr. Wayne Mory. Since his first day, we noticed that he disliked people that spoke with an accent. If we greeted him with a "Good Morning", he would respond back with a "What" or at times not respond at all.
    One week after he took over, he laid off Myftar by telling him that this office is short of work. He was the only instrument operator with a college education, high math skills, hardworking and high evaluation every year. Five months later, Wayne Mory hired 4 others instrument operators and he never called Myftar back. None of the new employees had a higher education and never have had any experience as surveyors. Three months after that, he hired another instrument operator with less education and experience than Myftar.

From January 2004 till August 2004, Feta was working at this office as a chief of crew, usually with his wife Drita (Albanian also.)

During this time I felt that I had been discriminated in different ways from Mr. W. Mory. He always pretended that he never understood when my wife and I spoke and would always do it for his own humor. This sort of incident never happened with any other people in that office. They always understood us and would never show any signs of discrimination.

We were the only ones to be sent home when the office was short of work. Mr. Mory never felt sorry for us when my wife and I were both sent home without payment. This happened often, sometimes twice a week. This made living a little harder and in this manner we were furthered away from our occupations. During this time, the other crew would never be out of work. If there was no work to do, Mr. Mory would make the other crewmembers work inside the office.

I felt that Mr. Mory would always pay more attention to me than the other workers because he always wanted to catch me making mistakes that I never made.

On August 4, 2004, the day that Feta was going on vacation he laid him off pretending that this office is out of work. He pretended that I was the weakest crew chief. None of other crew chiefs had better education and longer experience than I had. I have been selected from the Cullinan Engineering as the best candidate for my position as was posted in the Boston Globe. None of the other chiefs had this kind of selection.

I was the third Albanian surveyor terminated (on February 2004 he let another Albanian surveyor go, Ardian Rapi, a well educated, S.I.T., with long experience, and 8 years Cullinan's employee.

On September 2004, W. Mory was on vacation while the forth Albanian surveyor in this office, Drita Lilaj, showed up after her vacation. She was not scheduled to work and Mr. Mory's substitute did not know what to do with her. They sent her to work at the temporary office (CA/T Cullinan's office), which was planning on closing on December 2004.

Since that time, the four Albanian surveyors that had been Cullinan's Boston office employee are no longer employed in that office.

All the actions that have occurred make us believe that Mr. Mory (manger of Cullinan's Boston office) has acted in a discriminatory matter towards the Albanians that were employed in Cullinan's Boston office.

These experiences have forced us to take this case to the U.S District Court of Massachusetts.

Sincerely,
Myftar Myrtaj


Feta Lilaj

≋JS 44  (Rev. 11/04)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

**I. (a) PLAINTIFFS**
① MYFTAR MYRTAJ. WINTHROP, SUFFOLK MA. CITIZEN OF U.S.

**(b)** County of Residence of First Listed Plaintiff _____
(EXCEPT IN U.S. PLAINTIFF CASES)

② FETA LILAJ. WINTHROP, SUFFOLK MA. PERMANENT RESIDENT.

**(c)** Attorney's (Firm Name, Address, and Telephone Number)
PRO SE

**DEFENDANTS** WAYNE MORY AT CULLINAN ENGINEERING CO. INC BOSTON OFFICE

County of Residence of First Listed Defendant _____
(IN U.S. PLAINTIFF CASES ONLY)

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

05-11546 RCL

Attorneys (If Known)

**II. BASIS OF JURISDICTION** (Place an "X" in One Box Only)

- ☐ 1  U.S. Government Plaintiff
- ☒ 3  Federal Question (U.S. Government Not a Party)
- ☐ 2  U.S. Government Defendant
- ☐ 4  Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** (Place an "X" in One Box for Plaintiff and One Box for Defendant) (For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☒ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. NATURE OF SUIT** (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury - Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 365 Personal Injury - Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | **PERSONAL PROPERTY** | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | ☐ 370 Other Fraud | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | ☐ 371 Truth in Lending | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 380 Other Personal Property Damage | ☐ 690 Other | | ☐ 490 Cable/Sat TV |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 385 Property Damage Product Liability | **LABOR** | **SOCIAL SECURITY** | ☐ 810 Selective Service |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/Exchange |
| ☐ 195 Contract Product Liability | | | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 196 Franchise | | | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| ☐ 220 Foreclosure | ☒ 442 Employment | **Habeas Corpus:** | ☐ 791 Empl. Ret. Inc. Security Act | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/Accommodations | ☐ 530 General | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 540 Mandamus & Other | | | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | ☐ 550 Civil Rights | | | ☐ 950 Constitutionality of State Statutes |
| | ☐ 440 Other Civil Rights | ☐ 555 Prison Condition | | | |

**V. ORIGIN** (Place an "X" in One Box Only)

- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

**VI. CAUSE OF ACTION**

Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):

Brief description of cause: EMPLOYMENT DISCRIMINATION OF NATIONAL ORIGINE. VIOLATION OF TITLE VII OF THE CIVIL RIGHTS ACT OF 1964.

**VII. REQUESTED IN COMPLAINT:**
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $ _____
CHECK YES only if demanded in complaint:
JURY DEMAND: ☐ Yes  ☐ No

**VIII. RELATED CASE(S) IF ANY** (See instructions):
JUDGE _____  DOCKET NUMBER _____

DATE 07/21/2005
SIGNATURE OF ATTORNEY OF RECORD  ① Feta Lilaj   // Myftar Myrtaj

**FOR OFFICE USE ONLY**

RECEIPT # _____  AMOUNT _____  APPLYING IFP _____  JUDGE _____  MAG. JUDGE _____

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

1. Title of case (name of first party on each side only) PL. FETA LILAJ; MYFTAR MYRTAJ
   DEF. WAYNE MORY

2. Category in which the case belongs based upon the numbered nature of suit code listed on the civil cover sheet. (See local rule 40.1(a)(1)).

   ___  I.    160, 410, 470, 535, R.23, REGARDLESS OF NATURE OF SUIT.

   ___  II.   195, 196, 368, 400, 440, (441-446) 540, 550, 555, 625, 710, 720, 730,   *Also complete AO 120 or AO 121
              740, 790, 791, 820*, 830*, 840*, 850, 890, 892-894, 895, 950.            for patent, trademark or copyright cases

   ___  III.  110, 120, 130, 140, 151, 190, 210, 230, 240, 245, 290, 310,
              315, 320, 330, 340, 345, 350, 355, 360, 362, 365, 370, 371,
              380, 385, 450, 891.

   ___  IV.   220, 422, 423, 430, 460, 480, 490, 510, 530, 610, 620, 630, 640, 650, 660,
              690, 810, 861-865, 870, 871, 875, 900.

   ___  V.    150, 152, 153.

3. Title and number, if any, of related cases. (See local rule 40.1(g)). If more than one prior related case has been filed in this district please indicate the title and number of the first filed case in this court.

   _____

4. Has a prior action between the same parties and based on the same claim ever been filed in this court?
                                                                           YES ☐    NO ☒

5. Does the complaint in this case question the constitutionality of an act of congress affecting the public interest? (See 28 USC §2403)
                                                                           YES ☒    NO ☐
   If so, is the U.S.A. or an officer, agent or employee of the U.S. a party?
                                                                           YES ☐    NO ☒

6. Is this case required to be heard and determined by a district court of three judges pursuant to title 28 USC §2284?
                                                                           YES ☐    NO ☒

7. Do all of the parties in this action, excluding governmental agencies of the united states and the Commonwealth of Massachusetts ("governmental agencies"), residing in Massachusetts reside in the same division? - (See Local Rule 40.1(d)).
                                                                           YES ☒    NO ☐

   A.  If yes, in which division do all of the non-governmental parties reside?
       Eastern Division  ☒         Central Division  ☐         Western Division  ☐

   B.  If no, in which division do the majority of the plaintiffs or the only parties, excluding governmental agencies, residing in Massachusetts reside?
       Eastern Division  ☐         Central Division  ☐         Western Division  ☐

8. If filing a Notice of Removal - are there any motions pending in the state court requiring the attention of this Court? (If yes, submit a separate sheet identifying the motions)
                                                                           YES ☐    NO ☒

(PLEASE TYPE OR PRINT)
ATTORNEY'S NAME  PROSE  / ① FETA LILAJ          / ② MYFTAR MYRTAJ
ADDRESS  _____ / 36 PLEASANT PARK RD / 100 GOVERNOR'S DRIVE #17
TELEPHONE NO.  _____ / WINTHROP, MA 02152  / WINTHROP, MA 02152
                           TEL: (617) 846-8055 / TEL: (617) 846-5358   (CategoryForm.wpd -5/2/05)