UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| MYFTAR MYRTAJ AND FETA LILAJ,<br><br>                   Plaintiffs,<br><br>v.<br><br>CULLINAN ENGINEERING CO., INC. AND WAYNE MORY<br><br>                   Defendants. | CIVIL ACTION NO. 05-11546-RCL<br><br>Jonathan R. Sigel, BBO #559850<br>Kathryn E. Abare-O'Connell, BBO #647594 |

## NOTICE OF APPEARANCE

Please notice the appearance of Kathryn E. Abare-O'Connell and Bowditch & Dewey, LLP, as counsel for defendants Cullinan Engineering Co., Inc. and Wayne Mory in the above-captioned matter.

                                          CULLINAN ENGINEERING CO., INC. AND
                                          WAYNE MORY,

                                          By their attorneys,

                                          */s/ Kathryn Abare O'Connell*
                                          Jonathan R. Sigel, BBO #559850
                                          Kathryn E. Abare-O'Connell, BBO #647594
                                          Bowditch & Dewey, LLP
                                          311 Main Street
                                          P.O. Box 15156
                                          Worcester, MA  01615-0156
                                          Telephone (508) 791-3511
                                          Fax  (508) 756-7636

November 30, 2005