UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MYFTAR MYRTAJ AND FETA LILAJ, <br><br> Plaintiffs, <br><br> v. <br><br> CULLINAN ENGINEERING CO., INC. AND WAYNE MORY <br><br> Defendants. | CIVIL ACTION NO. 05-11546-RCL <br><br> Jonathan R. Sigel, BBO #559850 <br> Kathryn E. Abare-O'Connell, BBO #647594 |

### NOTICE OF APPEARANCE

Please notice the appearance of Jonathan R. Sigel and Bowditch & Dewey, LLP, as counsel for Defendants Cullinan Engineering Co., Inc. and Wayne Mory in the above-captioned matter.

CULLINAN ENGINEERING CO., INC. AND WAYNE MORY,

By their attorneys,

Jonathan R. Sigel, BBO #559850
Kathryn E. Abare-O'Connell, BBO #647594
Bowditch & Dewey, LLP
311 Main Street
P.O. Box 15156
Worcester, MA  01615-0156
Telephone (508) 791-3511
Fax  (508) 756-7636

November 30, 2005