UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

**MYFTAR MYRTAJ, ET AL**

V.                                                   CIVIL ACTION NO. **05-11546-RCL**

**WAYNE MORY, ET AL**

### JUDGMENT OF DISMISSAL

LINDSAY, D.J.

In accordance with the Court's Order of December 23, 2005 allowing the motion to dismiss of the defendants, Judgment is hereby entered as follows: Judgment for the defendants Wayne Mory and Cullinan Engineering dismissing this action.

December 28, 2005                                    /s/ Lisa M. Hourihan
                                                     Deputy Clerk